IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED
OCT 5 2022
CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY

| | |
|---|---|
| JONATHAN HITT, § | |
| §  PLAINTIFF, § | |
| § | |
| V. § | CAUSE NO. A-19-CV-00735-LY |
| § | |
| MARSHA MCLANE, IN HER § | |
| OFFICIAL CAPACITY AS § | |
| EXECUTIVE DIRECTOR, § | |
| TEXAS CIVIL § | |
| COMMITMENT OFFICE, § | |
| DANIEL RAKES, FORMER CASE § | |
| MANAGER AND SUPERVISOR, § | |
| TEXAS CIVIL COMMITMENT OFFICE, § | |
| CORRECT CARE (WELLPATH) § | |
| RECOVERY SOLUTIONS, § | |
| EDWARD TOWNS, FORMER § | |
| CLINICAL DIRECTOR, CORRECT CARE § | |
| (WELLPATH) RECOVERY SOLUTIONS, § | |
| KAREN HARMON, FORMER § | |
| CLINICAL THERAPIST, CORRECT CARE § | |
| (WELLPATH) RECOVERY SOLUTIONS, § | |
| BRIAN THOMAS, FORMER TEXAS § | |
| CIVIL COMMITMENT CENTER § | |
| FACILITY ADMINISTRATOR FOR § | |
| WELLPATH, AND GREG ABOTT, § | |
| IN HIS OFFICIAL CAPACITY, § | |
| DEFENDANTS. § | |

## ORDER

Before the court is the above styled and numbered cause. On October 4, 2022, the court conducted a status conference in this cause at which all parties were represented. Pursuant to the discussion at this status conference,

**IT IS ORDERED** that the parties file a Joint Status Report regarding the status of all matters in the case **on or before January 4, 2023**, and each ninety (90) days after, pending further order of the court.

SIGNED this _5th_ day of October, 2022.

_____
LEE YEAKEL
UNITED STATES DISTRICT JUDGE